UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ILEANIRYS GUZMAN,

          Plaintiff,

v.

MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,

          Defendant.

Case No.

## NOTICE OF REMOVAL

Defendant Merchants & Medical Credit Corporation, Inc. (captioned as "M & M Credit")(hereinafter "MMCC") hereby gives notice of removal of this action from the State of Michigan's 61st Judicial District Court to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

In support thereof, MMCC states:

1.    On or about March 24, 2015, Plaintiff Ileanirys Guzman ("Plaintiff") filed the above captioned civil action in the State of Michigan's 61st Judicial District Court.

2.    MMCC was served with the Complaint on or about March 30, 2015. Accordingly, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b).

3.    This matter is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be properly removed pursuant to 28 U.S.C. §§ 1441 and 1446, as the claims asserted in the Complaint arise under the laws of the United States and raise one or more federal questions.

4.    Plaintiff's complaint appears to assert violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

5. The district courts of the United States have original jurisdiction in civil actions arising under the FCRA.

7. MMCC removes this action to the United States District Court for the Western District of Michigan because it is the venue that encompasses Grand Rapids, Michigan. MMCC removes this action without prejudice to MMCC's right to seek transfer of this action pursuant to 28 U.S.C. § 1404, if and as appropriate.

8. True and correct copies of the following are attached to this Notice of Removal:

(a) all process, pleadings and orders which have been served upon Defendant in this action are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a); and

(b) the Notice of Filing of Notice of Removal which has been served upon Plaintiff and filed with the Clerk of Court for the 61st Judicial District Court of Michigan is attached hereto as **Exhibit B** in accordance with 28 U.S.C. § 1446(d).

9. Based upon the foregoing, this action is properly removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

WHEREFORE, Defendant Merchants & Medical Credit Corporation, Inc., requests that this action proceed in the United States District Court for the Western District of Michigan.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
2723 S. State St., Suite 150
Ann Arbor, MI  48104
(734) 222-5179
Dated: April 20, 2015                colson@olsonlawpc.com

2

**CERTIFICATE OF SERVICE**

     I, Charity A. Olson, hereby certify that on April 20 2015, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served via first class mail upon the following parties:

State of Michigan
61st Judicial District Court
180 Ottawa Avenue NW
Grand Rapids, MI 49507

Ileanirys Guzma
26 Corinne St SW
Grand Rapids, MI 49507

                                                  */s/ Charity A. Olson*
                                                  Charity A. Olson