# EXHIBIT A

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

**STATE OF MICHIGAN**
**61st JUDICIAL DISTRICT**

**AFFIDAVIT AND CLAIM**
**Small Claims**

**CASE NO.** 15 SC 210

Court address: 180 Ottawa Avenue NW GR MI 49503

Court telephone no.: (616) 632-5555

See instructions on the back of plaintiff and defendant copies.

1. **Plaintiff:** Ileanirys Guzman
   **Address:** 26 Corinne St. SW
   **City, state, zip:** Grand Rapids, MI 49507
   **Telephone no.:** (616) 724-4959

2. **Defendant:** MCAMP U Credit / [illegible]
   **Address:** 6324 Taylor Dr.
   **City, state, zip:** Flint, MI 48507
   **Telephone no.:** (800) 225-8770

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on
Day: Wed.  Date: 4/22/15
at Time: 2:00 pm at ☒ the court address above.
Location: 7th Floor Courtroom B
Process server's name: Certified   Fee paid: $ 6.48

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is   ☒ an individual.   ☐ a partnership.   ☐ a corporation.   ☐ a sole proprietor.   ☐ Other _____

6. The defendant is   ☐ an individual.   ☐ a partnership.   ☒ a corporation.   ☐ a sole proprietor.   ☐ Other _____

7. The date(s) the claim arose is/are 6/01/2010
   Attach separate sheets if necessary

8. Amount of money claimed is $ 3,313   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are wrongfully charging and damaging my Credit, and for Damages to my Property (furniture)

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is  ☐ is not  mentally competent. I believe the defendant ☒ is  ☐ is not  18 years or older.

12. ☒ I do not know whether the defendant is in the military service.  ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: Ileanirys Guzman

Subscribed and sworn to before me on 3-4-15, _____ County, Michigan.

My commission expires: 6-1-11
Signature: _____ Deputy clerk/Notary public

Notary public, State of Michigan, County of Kent

The defendant(s) must be served by 6/23/15.
Expiration date

CHARLES CAMPBELL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires June 1, 2015

DC 84 (12/14) AFFIDAVIT AND CLAIM, Small Claims   MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521