# EXHIBIT B

STATE OF MICHIGAN
61ST JUDICIAL DISTRICT COURT

| | |
|---|---|
| ILEANIRYS GUZMAN,<br><br>            Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>            Defendant. | Case No. 15 SC 210 |

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant Merchants & Medical Credit Corporation, Inc. (captioned as "M & M Credit") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the Western District of Michigan (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the State of Michigan 61st Judicial District Court are hereby stayed unless or until this action is remanded.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
2723 S. State St., Suite 150
Ann Arbor, MI  48104
T: (734) 222-5179
F: (866) 941-8712
colson@olsonlawpc.com

Dated: April 20, 2015

## CERTIFICATE OF SERVICE

      I, Charity A. Olson, hereby certify that on April 20 2015, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served via first class mail upon the following parties:

State of Michigan
61st Judicial District Court
180 Ottawa Avenue NW
Grand Rapids, MI 49507

Ileanirys Guzma
26 Corinne St SW
Grand Rapids, MI 49507

                                                           */s/ Charity A. Olson*
                                                           Charity A. Olson