UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ILEANIRYS GUZMAN,

    Plaintiff,

Case No. 1:15-cv-419

v.

HON. ROBERT HOLMES BELL

M & M CREDIT,

    Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

On April 27, 2016, United States Magistrate Judge Phillip J. Green issued a report and recommendation ("R&R") recommending that this case be dismissed without prejudice for want of prosecution. (ECF No. 13.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 27, 2016 report and recommendation (ECF No. 13) is **APPROVED and ADOPTED** as the opinion of this Court. The matter is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

Dated: May 16, 2016

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE